No. 04–5689. RIOS-CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6195. BAGWELL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6197. CHI v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–6203. BRENNAN v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–6204. McKENZIE v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6207. MILLER v. TRAWICK ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6208. SPOTTSVILLE v. TERRY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–6210. SANDERS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6213. ROYSTER v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6214. SHAW v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–6215. REID v. EARLY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6222. BONILLA v. HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6227. WASHINGTON v. BROWN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6231. BARRON v. SHEEDY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.